**DISMISS and Opinion Filed December 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01132-CV

### MILDRED SLOAN, Appellant
### V.
### DEBORAH PANKEY, AS EXECUTRIX OF THE ESTATE OF
### JAMES W. COLLINS, DECEASED, Appellee

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2011-2-174CV**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Francis

In a letter dated November 25, 2013, the Court questioned its jurisdiction over this appeal because it appeared the judgment was not final. We requested that appellant file a letter brief addressing our jurisdictional concern by December 9, 2013. We cautioned appellant that failure to file a letter brief within the time requested would result in dismissal of her appeal without further notice. As of today's date, appellant has not filed a jurisdictional brief.

Generally, this Court has jurisdiction only over final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *Id*.

In her notice of appeal, appellant stated that she is appealing the order signed by the trial court on July 19, 2013. In this order, the trial court granted appellee's motion for partial

summary judgment with regard to appellant's claims. The trial court's order did not dispose of appellee's counterclaim for attorney's fees. Because the counterclaim remains pending, the judgment is not final and appealable. *See Lehmann*, 39 S.W.3d at 195. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

131132F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MILDRED SLOAN, Appellant

No. 05-13-01132-CV       V.

DEBORAH PANKEY, AS EXECUTRIX
OF THE ESTATE OF JAMES W.
COLLINS, DECEASED, Appellee

On Appeal from the County Court at Law
No. 1, Grayson County, Texas.
Trial Court Cause No. 2011-2-174CV.
Opinion delivered by Justice Francis.
Justices Lang-Miers and Lewis,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, DEBORAH PANKEY, AS EXECUTRIX OF THE ESTATE OF JAMES W. COLLINS, DECEASED, recover her costs of this appeal from appellant, MILDRED SLOAN.

Judgment entered December 30, 2013

/Molly Francis/
MOLLY FRANCIS
JUSTICE

–3–